UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

**Whiteford Ray Johnson Jr. and Heather Marie Johnson**
a/k/a Heather M Young
S.S. Nos.: xxx-xx-3957 and xxx-xx-9473
Mailing Address: 167 Mix Trail Lane, Raeford, NC 28376-

Case No. 11-80700

Debtors.

# NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtors have filed for relief under Chapter 13 of the United States Bankruptcy Code on April 28, 2011.

The filing automatically stays collection and other actions against the Debtors, Debtors' property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtors' proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: May 27, 2011

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtors
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

**Date:** 4/11/11
**Lastname-SS#:** Johnson-3957

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Hoke County Taxes | 1 | House & Lot: |
| | | |
| | | |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| NONE | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| Hoke County Taxes | 1 | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| Wells Fargo Home Mtg. | 2 | $10,965 | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| Canady Services | Contract |
| | |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Wells Fargo Home Mtg. | 2 | $810 | N/A | n/a | $810.00 | House & Lot: |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| NONE | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| NONE | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $1,500 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $701 |
| State Taxes | |
| Personal Property Taxes | $203 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | Amount** |
|---|---|
| DMI= None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ **$1,196** per month for **42** months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: **2.19** months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE                (Page 4 of 4)
Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers".

## CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

NC Department of Revenue
c/o Reginald S. Hinton
Post Office Box 25000
Raleigh, NC 27640-5000

Chase
201 N. Walnut Street
DE1-1027
Wilmington, DE 19801

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Ally
Post Office Box 380902
Bloomington, MN 55438-0902

Coastal Federal Credit Union
Post Office Box 58429
Raleigh, NC 27658-8429

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

Ally
Post Office Box 380903
Bloomington, MN 55438-0903

College Foundation
2917 Highwoods Boulevard
Raleigh, NC 27604-1021

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

American Express
Customer Service
Post Office Box 297879
Fort Lauderdale, FL 33329-7879

Credit Bureau of Greensboro
Post Office Box 26140
Greensboro, NC 27402-0040

Experian
P.O. Box 2002
Allen, TX 75013-2002

Bill Burke
15740 Fox Lane
Wagram, NC 28396

Dominion Law Associates
Attorneys & Counselors @ Law
222 Central Park Avenue
Virginia Beach, VA 23462-3026

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

Canady Services INC
Post Office Box 440
Lumber Bridge, NC 28357

Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Cape Fear Valley Health Systems
Post Office Box 788
1638 Owen Drive
Fayetteville, NC 28302

Gold's Gym
2485 Hope Mills Road
Fayetteville, NC 28304

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Capital One
Post Office Box 85167
Richmond, VA 23285-5167

GreenTree
Post Office Box 94710
Palatine, IL 60094

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Capital One Bank
Post Office Box 30285
Salt Lake City, UT 84130-0285

Hoke County Tax Collector
Attn: Managing Agent
PO Box 217
Raeford, NC 28376-0217

| | | |
|---|---|---|
| Hoke County Tax Collector<br>Post Office Box 217<br>Raeford, NC 28376-0217 | Joshua Clint McPherson<br>2601 Adkins Drive<br>Fayetteville, NC 28306 | Public Works Commission<br>Post Office Box 1089<br>Fayetteville, NC 28302-1089 |
| Home Depot<br>Post Office Box 653000<br>Dallas, TX 75265-3000 | Thomas Larry McPherson<br>2601 Adkins Drive<br>Fayetteville, NC 28306 | PWC of Fayetteville<br>Cross Creek<br>601 North Eastern Blvd<br>Fayetteville, NC 28301 |
| HSBC BANK NV<br>Post Office Box 978<br>Wood Dale, IL 60191 | North Carolina Department of Revenue<br>c/o NC Department of Justice<br>Post Office Box 629<br>Raleigh, NC 27602-0629 | Shapiro & Ingle, LLP, Attorneys<br>10130 Perimeter Parkway, Ste 400<br>Charlotte, NC 28216 |
| Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Sunrise Credit Services, Inc.<br>Post Office Box 9100<br>Farmingdale, NY 11735-9100 |
| Kirschbaum, Nanney, Keenan&Griffin<br>Attorneys at Law<br>Post Office Box 19806<br>Raleigh, NC 27619 | North Carolina Dept of Revenue<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | US Attorney's Office<br>Middle District<br>Post Office Box 1858<br>Greensboro, NC 27502-1858 |
| Kohls<br>Post Office Box 3043<br>Milwaukee, WI 53201-3043 | North Carolina Employment Security<br>Commission<br>Post Office Box 26504<br>Raleigh, NC 27611-6504 | US Department of Education<br>Post Office Box 5202<br>Greenville, TX 75403-5202 |
| Law Office of John T Orcutt<br>6616 Six Forks Road ste 203<br>Raleigh, NC 27615 | North Carolina State Education<br>Assistance Authority<br>Post Office Box 14002<br>RTP, NC 27709 | US Department of Education<br>1 Imation Pl Bldg 2<br>Saint Paul, MN 55128-3422 |
| Leading Edge Recovery Solutions<br>Post Office Box 129<br>Linden, MI 48451-0129 | Online Collections<br>202 West Firetower Road<br>Winterville, NC 28590 | US Department of Education<br>Direct Loan Servicing Center<br>Post Office Box 5609<br>Greenville, TX 75403-5609 |
| Leading Edge Recovery Solutions<br>5440 North Cumberland Avenue<br>Ste 300<br>Chicago, IL 60656-1490 | Online Collections<br>P.O. Box 1489<br>Winterville, NC 28590-1409 | Wells Fargo Home Mortgage<br>Attn: Managing Agent<br>Post Office Box 10335<br>Des Moines, IA 50306-0335 |