# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

IN RE:

**WHITEFORD RAY JOHNSON, JR.**
**HEATHER MARIE JOHNSON AKA**
**HEATHER M YOUNG**                                    **11-80700**
                                                       **CHAPTER 13**


## RESPONSE TO OBJECTION TO CLAIM

      **COMES NOW,** Wells Fargo Bank, NA by and through undersigned Counsel, and hereby responds to the Debtors' objection to claim. Wells Fargo Bank, NA requests that this matter be set for hearing while it investigates the claims made by the Debtors and gathers documentation to support its Proof of Claim.


      This the 23rd day of June, 2011.


                                      *S/ Kimberly A. Sheek*
                                      Kimberly A. Sheek
                                      N.C. State Bar No.: 34199
                                      SHAPIRO & INGLE, L.L.P.
                                        10130 Perimeter Parkway, Suite 400
                                      Charlotte, NC 28216
                                      (704) 333-8107


11-012963

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

IN RE:

**WHITEFORD RAY JOHNSON, JR.**
**HEATHER MARIE JOHNSON AKA**       **11-80700**
**HEATHER M YOUNG**       **CHAPTER 13**


## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing and annexed pleading or paper upon:

(Served via U.S. Mail)
Whiteford Ray Johnson, Jr. and Heather Marie Johnson
167 Mix Trail Ln
Raeford, NC 28376

(Served via Electronic Notification Only)
John T. Orcutt
6616-203 Six Forks Road
Raleigh, NC 27615

(Served via Electronic Notification Only)
Richard M. Hutson, II
302 East Pettigrew St., Suite B-140
P.O. Box 3613
Durham, NC 27702

by depositing the same in a postpaid wrapper properly addressed to each such party or his attorney of record in a post office or other official depository under the exclusive care and custody of the United States Postal Service or by electronic mail, if applicable.  Any party that can be served by electronic mail will receive no other form of notice.

This the 23rd day of June, 2011.

*S/ Kimberly A. Sheek*
Kimberly A. Sheek
N.C. State Bar No.: 34199
SHAPIRO & INGLE, L.L.P.
10130 Perimeter Parkway, Suite 400
Charlotte, NC 28216
(704) 333-8107

11-012963